```
QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUSTAVO GOMEZ PONCE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUSTAVO GOMEZ PONCE,<br><br>　　　　　Defendant. | NO. 1:05-mj-00183<br><br>STIPULATION CONTINUING MOTIONS HEARING AND ORDER THEREON<br><br>Date　:　January 27, 2006<br>Time　:　10:30 A.M.<br>Judge　:　Honorable Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the hearing on motions now set for November 9, 2005, may be continued to January 27, 2006, at 10:30 A.M.**

The continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation, and to allow the parties additional time for plea negotiation and preparation of a plea agreement.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: November 8, 2005          By:   /s/ Francine Zepeda with consent of
                                        Virna L. Santos
                                       VIRNA L. SANTOS
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


QUIN DENVIR
Federal Public Defender


DATED: November 8, 2005          By:   /s/ Francine Zepeda
                                       FRANCINE ZEPEDA
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       GUSTAVO GOMEZ PONCE


**O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 9, 2005**          /s/ Sandra M. Snyder
icido3                                 UNITED STATES MAGISTRATE JUDGE

Stipulation Continuing Motions Hearing
and [Proposed] Order Thereon                2