QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUSTAVO GOMEZ PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-mj-00183 |
| ) | |
| Plaintiff, ) | *EX PARTE* REQUEST FOR PERMISSION TO |
| ) | TRAVEL TO ROSARITO, MEXICO; |
| v. ) | DECLARATION OF COUNSEL; |
| ) |  ORDER |
| GUSTAVO GOMEZ PONCE, ) | |
| ) | |
| Defendant. ) | Honorable Lawrence J. O'Neill |
| ) | |

  Defendant, Gustavo Gomez-Ponce, hereby requests authorization from this court to travel from Temecula, California, to Rosarito, Mexico, for one day, and on a second occasion to be about 15 days after the first trip. The need for this travel arises because Mr. Gomez-Ponce is having some wrought-iron gates built and he needs to travel to the shop that is building these gates in order to check and supervise the progress of the work. He needs to make two trips. These gates were designed by Mr. Gomez-Ponce, and he feels that his participation is necessary in order for the work to be done correctly. Attached to this request is a letter from Mr. Gomez-Ponce and his wife.

  Mr. Gomez-Ponce is scheduled to appear in court on January 27, 2006. As set forth in the attached Declaration of Counsel, Pretrial Services Officer Monte Olson does not oppose this request to travel, nor does Virna Santos, the assigned Assistant U. S. Attorney. Mr. Gomez-Ponce is asking the court to authorize him to make two trips to Rosarito, Mexico, each to be concluded within one day,

pursuant to such conditions as Pretrial Services Officer Monte Olson may set.  In this manner, the details of exactly when Mr. Gomez-Ponce would travel and return could be dictated by Mr. Olson, his Pretrial Services Officer.

DATED: December 7, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

 /s/Victor M. Chavez for Francine Zepeda
FRANCINE ZEPEDA
Counsel for Defendant
GUSTAVO GOMEZ-PONCE

### DECLARATION OF VICTOR M. CHAVEZ

I, Victor M. Chavez, hereby declare as follows:

1. I am an Assistant Federal Defender employed in the Eastern District of California.

2. This case is assigned to Assistant Federal Defender Francine Zepeda.  I have made inquiries on behalf of Mr. Gomez-Ponce because his attorney, Ms. Zepeda, is out on medical leave.

3. On December 1, 2005, I spoke to Mr. Olson of Pretrial Services.  Mr. Olson indicated that he has no objection to Mr. Gomez-Ponce's request to travel to Rosarito, Mexico.  He simply needs the court to authorize such travel in order to work out the details of such a trip.

4. On December 7, 2005, I telephoned Assistant U.S. Attorney Virna Santos regarding this request.  I left a message for her on her VoiceMail.  On the morning of December 7, 2005, I received a call back from Ms. Santos.  She left me a VoiceMail indicating that she had no objection to Mr. Gomez-Ponce's request.

*Ex Parte* Application for Authorization to Travel
to Rosarito, Mexico; Declaration of Counsel;
[Proposed] Order Thereon                      2

5. The letter from Mr. Gomez-Ponce and his wife contains an attachment setting forth the name and address of the business that is making his gates.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration is executed on December 7, 2005, at Fresno, California.

                                        /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ, Declarant

[Original signature maintained in file of Francine Zepeda.]

## **ORDER**

The court hereby authorizes Gustavo Gomez-Ponce to travel two times to Rosarito, Mexico, for one day on each trip, under such directions and stipulations as his Pretrial Services Officer may set.

IT IS SO ORDERED.

**Dated:   December 12, 2005**         /s/ Sandra M. Snyder
icido3                                               UNITED STATES MAGISTRATE JUDGE

*Ex Parte* Application for Authorization to Travel
to Rosarito, Mexico; Declaration of Counsel;
[Proposed] Order Thereon                       3