DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUSTAVO GOMEZ PONCE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-mj-00183 |
| Plaintiff, | *EX PARTE* REQUEST FOR PERMISSION TO TRAVEL TO ROSARITO, MEXICO; |
| v. | DECLARATION OF COUNSEL; [PROPOSED] ORDER |
| GUSTAVO GOMEZ PONCE, | |
| Defendant. | Honorable Lawrence J. O'Neill |

Defendant, Gustavo Gomez-Ponce, hereby requests authorization from this court to travel from Temecula, California, to Rosarito, Mexico, for one day, on March 22, 2006.  The need for this travel arises again as Mr. Gomez-Ponce needs to pick up construction supplies and the wrought-iron gates built which he is having built.

Mr. Gomez-Ponce is scheduled to appear in court on April 19, 2006.  As set forth in the attached Declaration of Counsel, Pretrial Services Officer Monte Olson does not oppose this request to travel, nor does Virna Santos, the assigned Assistant U. S. Attorney.

Mr. Gomez-Ponce is asking the court to authorize him to make a one day trip on March 22, 2006, to Rosarito, Mexico, pursuant to such conditions as Pretrial Services Officer Monte Olson

///

///

may set.  In this manner, the details of exactly when Mr. Gomez-Ponce would travel and return could be dictated by Mr. Olson, his Pretrial Services Officer.

DATED: March 20, 2006

Respectfully submitted,

QUIN DENVIR
Federal Defender


 /s/Francine Zepeda
FRANCINE ZEPEDA
Counsel for Defendant
GUSTAVO GOMEZ-PONCE


## DECLARATION OF FRANCINE ZEPEDA

I, Francine Zepeda, hereby declare as follows:

1. I am an Assistant Federal Defender employed in the Eastern District of California.

2. This case is assigned to me.

3. On March 13, 2006, I contacted Mr. Olson of Pretrial Services.  Mr. Olson indicated that he has no objection to Mr. Gomez-Ponce's request to travel to Rosarito, Mexico.  He simply needs the court to authorize such travel in order to work out the details of such a trip.

4. On March 14, 2006, I contacted Assistant U.S. Attorney Virna Santos regarding this request.  I e-mailed her a message regarding my client's travel requests.  On March 14, 2006, I received a reply from Ms. Santos by e-mail indicating that she had no objection to Mr. Gomez-Ponce's request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  This declaration is executed on March 20, 2006, at Fresno, California.


 /s/Francine Zepeda
FRANCINE ZEPEDA, Declarant

[Original signature maintained in file
of Francine Zepeda.]

[PROPOSED] **ORDER**

*Ex Parte* Application for Authorization to Travel
to Rosarito, Mexico; Declaration of Counsel;
[Proposed] Order Thereon                                              2

1   The court hereby authorizes Gustavo Gomez-Ponce to travel to Rosarito, Mexico, for one day,
2   under such directions and stipulations as his Pretrial Services Officer may set.

*Ex Parte* Application for Authorization to Travel
to Rosarito, Mexico; Declaration of Counsel;
[Proposed] Order Thereon                3

# CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-mj-00183 |
| Plaintiff, ) | |
| v. ) | |
| GUSTAVO GOMEZ PONCE, ) | |
| Defendant. ) | |

The undersigned hereby certifies that he/she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On March 20, 2006, in addition and as a supplement to the electronic mail notice generated in the above-referenced matter, he/she personally served a copy of the original of the attached:

*EX PARTE* REQUEST FOR PERMISSION TO TRAVEL TO
ROSARITO, MEXICO; DECLARATION OF COUNSEL;
[PROPOSED] ORDER

upon the Plaintiff and interested parties in said action by telefaxing a copy to each such person at the number hereinafter set forth, and by hand delivery to the persons at the places hereinafter set forth, as follows:

| | |
|---|---|
| VIRNA SANTOS | MONTE OLSON |
| Assistant U. S. Attorney | Pretrial Services Officer |
| Federal Building, Room 3654 | Federal Building, Room 3434 |
| 1130 O Street | 1130 O Street |
| Fresno, CA 93721 | Fresno, CA 93721 |
| Fax: 559/497-4099 | Fax: 559/499-5773 |

DATED: March 20, 2006

       /s/ Agapita Betancourt
       AGAPITA BETANCOURT

[Original signature of Agapita Betancourt
maintained in file of Francine Zepeda.] IT IS SO ORDERED.

**Dated:  March 21, 2006**       /s/ Lawrence J. O'Neill

*Ex Parte* Application for Authorization to Travel
to Rosarito, Mexico; Declaration of Counsel;
[Proposed] Order Thereon                4

1  b9ed48                    UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Ex Parte* Application for Authorization to Travel
to Rosarito, Mexico; Declaration of Counsel;
[Proposed] Order Thereon                    5