DANIEL J. BRODERICK, #89424
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GUSTAVO GOMEZ PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-mj-00183 |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING CHANGE OF PLEA/SENTENCING SCHEDULE AND HEARING; |
| v. | ) | [PROPOSED] ORDER THEREON |
| GUSTAVO GOMEZ PONCE, | ) | Date : July 19, 2006 |
| Defendant. | ) | Time : 10:30 A.M. |
|  | ) | Judge : Honorable Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that informal objections to the Presentence Investigation Report shall be due on or before June 28, 2006, formal objections to the Presentence Investigation Report shall be due on or before July 12, 2006, **and the change of plea/sentencing hearing now scheduled for April 19, 2006, may be continued to July 19, 2006, at 10:30 A.M.**

The continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation, will allow sufficient time for review and preparation of any relevant objections/replies to the Presentence Report prior to the sentencing hearing.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: April 13, 2006    By:    /s/ Francine Zepeda with consent of
                                 Virna L. Santos
                                VIRNA L. SANTOS
                                Assistant United States Attorney
                                Attorney for Plaintiff

DANIEL J. BRODERICK
Acting Federal Public Defender

DATED: April 13, 2006    By:    /s/ Francine Zepeda
                                FRANCINE ZEPEDA
                                Assistant Federal Defender
                                Attorneys for Defendant
                                GUSTAVO GOMEZ PONCE

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

DATED: April 18, 2006              /s/ Dennis L. Beck
                                   DENNIS L. BECK, Magistrate Judge
                                   Eastern District of California