UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF CALIFORNIA



SEP 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States of America

vs

Gustavo Gomez Ponce

Case No. 05 mj 00183

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has explained to me the nature of the offenses(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel.

The Magistrate Judge has informed me of my right to trial, judgment and sentencing before a United States District Judge.

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial.

I HEREBY:  Waive (give up) my right to trial, judgment and sentencing before a United States District Judge, and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

Date: 9/27/06

_____
Defendant

BEFORE: _____
United States Magistrate Judge

_____
Defendant's Attorney (if any)

____ Petty Offense
____ Misdemeanor